**Order entered October 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00639-CV

### STACI BOWSER, Appellant

### V.

### CRAIG RANCH EMERGENCY HOSPITAL, L.L.C., Appellee

**On Appeal from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause No. 401-00158-2012**

## ORDER

Before the Court is Destiny M. Moses's October 5, 2016 third request for an extension of time to file the reporter's record. Ms. Moses's request is **GRANTED**. The reporter's record shall be filed within **FOURTEEN DAYS** of the date of this order. The Clerk of the Court is **DIRECTED** to send a copy of this order to Kimberly Tinsley, Official Court Reporter for the 401st Judicial District Court, and to Destiny M. Moses, Deputy Court Reporter.

/s/ CRAIG STODDART
   JUSTICE